### 4534.   McCRARY v. HENRY.

POTTLE, J. The suit being against a person alleged to have been doing business under a specified trade name, and the evidence being undisputed that he was not engaged in business under such trade name, and that he was not individually liable in the suit, a verdict in favor of the plaintiff was unauthorized, and the court properly sustained a certiorari sued out by the defendant.        ·          *Judgment affirmed.*
DECIDED DECEMBER 17, 1912. REHEARING DENIED FEBRUARY 25, 1913.

Certiorari; from Fulton superior court—Judge Bell. September 23, 1912.

*Morris Macks,* for plaintiff in error.
*C. B. Rosser Jr.,* contra.